**3**

Sam ELLIOTT v. STATE. (No. 8947.) (Court of Criminal Appeals of Texas. April 29, 1925.) Appeal from District Court, Potter County; Henry S. Bishop, Judge. A. M. Mood, of Amarillo, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Potter county of selling intoxicating liquor, and his punishment fixed at two years in the penitentiary. The testimony found in the statement of facts sufficiently supports the verdict and judgment. There are four bills of exception in the record, each of which has been considered by us, and in none of same do we find any such error as would call for a reversal. It was shown by testimony that appellant conducted a rooming house in Amarillo at and about the time charged in the indictment, and that he sold whisky to a witness on or about said date. The state was permitted to prove that at or about said time other parties were found in appellant's rooming house who were intoxicated. The fact of any sale or the presence of any intoxicating liquors on the premises of appellant was vigorously attacked in the cross-examination of the state's witness. We think the testimony not subject to the objection made, but observe that the trial court instructed the jury, in response to the request of appellant, that they should not consider the statement as to the finding of these drunken people in appellant's house. Finding no error in the record, the judgment will be affirmed.

═══

**4**

E. C. ERWIN v. STATE. (No. 9472.) (Court of Criminal Appeals of Texas. May 20, 1925.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Nat Patton and E. B. Ammons, both of Austin, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is theft of an automobile; punishment fixed at confinement in the penitentiary for a period of four years. By motion, duly verified by his affidavit, appellant requests a dismissal of his appeal. The motion is granted.

═══

**5**

Dewey FULLER v. STATE. (No. 8755.) (Court of Criminal Appeals of Texas. May 20, 1925.) Appeal from District Court, Hill County; Horton B. Porter, Judge. John Abney and Collins, Dupree & Crenshaw, all of Hillsboro, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is rape; punishment fixed at confinement in the penitentiary for a period of five years. The indictment appears regular. No statement of facts accompanies the record. No complaint of the ruling of the trial court is brought up by bills of exception. No fault has been pointed out or perceived in the procedure. The judgment is affirmed.

═══

**6**

Clem GRAY v. STATE. (No. 8441.) (Court of Criminal Appeals of Texas. April 22, 1925.) Appeal from District Court, Upshur County; J. R. Warren, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Upshur county of bur-